| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Mohammed R. Uddinalam<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–5291<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Nasren Sultana<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8475<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 7    5/14/22 |
| Case number: | 22–13940–JNP | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Mohammed R. Uddinalam | Nasren Sultana |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 128 Amon Avenue<br>Gloucester City, NJ 08030 | 128 Amon Avenue<br>Gloucester City, NJ 08030 |
| 4. | Debtor's attorney<br>Name and address | S. Daniel Hutchison<br>Law Office of S. Daniel Hutchison<br>135 North Broad St.<br>Woodbury, NJ 08096 | Contact phone (856) 251–1235<br>Email: sdhteamlaw@outlook.com |
| 5. | Bankruptcy trustee<br>Name and address | Andrew Finberg<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053 | Contact phone 856–988–9055 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 5/15/22 |
| 7. | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 13, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/12/22** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:  
Mohammed R. Uddinalam  
Nasren Sultana  
    Debtors

Case No. 22-13940-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: May 16, 2022     Form ID: 309A     Total Noticed: 74

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mohammed R. Uddinalam, Nasren Sultana, 128 Amon Avenue, Gloucester City, NJ 08030-1824 |
| 519581879 | + | Amex/Bankruptcy Dept, Attn: Correspondence/Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |
| 519581898 | | Comenity Bank / Ikea Visa, Attn: Bankrutpcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519581901 | + | Comenity Bank/TSA/Sports Authority, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519581904 | + | First Electronic Bank/GFSCS Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 519581910 | + | Mitchell Malzberg, Eqq., PO Box 5122, 6 East Main Street, Suite 7, Clinton, NJ 08809-2627 |
| 519581912 | + | Mitchell Malzberg, Eqq., Re: CAM L 001873-19, PO Box 5122, 6 East Main Street, Suite 7, Clinton, NJ 08809-2627 |
| 519581911 | + | Mitchell Malzberg, Eqq., Re: RAAB Family Partnership, PO Box 5122, 6 East Main Street, Suite 7, Clinton, NJ 08809-2627 |
| 519581914 | + | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 519581913 | + | New Jersey American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 519581916 | + | RAAB Family Partnership, L.P., 201 Harvard Ave., Westville, NJ 08093-1444 |
| 519581917 | + | RAAB Family Partnership, LP, 108 Otter Branch Drive, Magnolia, NJ 08049-1557 |
| 519581919 | + | Saldutti Law Group, Attn: Robert L. Saldutti, Esq., 1040 N Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519581922 | + | South Jersey Gas Company, Attn: Ms Linda DiMarco, 1 South Jersey Plaza, Folsom, NJ 08037-9100 |
| 519581923 | + | Specialized Loan Servicing, LLC, Attn: Bankruptcy Dept, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 519581924 | + | Sunrun Inc. (Solar), 717 17th Street, 5th Floor, Denver, CO 80202-3330 |
| 519581939 | + | TDRCS/Raymour & Flanigan, Attn: Bankruptcy Dept, Po Box 130, Liverpool, NY 13088-0130 |
| 519581940 | + | Timepayment Corp, LLC., Attn: Bankruptcy Dept, 200 Summit Drive, Suite 100, Burlington, MA 01803-5274 |
| 519581941 | + | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 259001, Plano, TX 75025-9001 |
| 519581945 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy Dept, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sdhteamlaw@outlook.com | May 16 2022 20:38:00 | S. Daniel Hutchison, Law Office of S. Daniel Hutchison, 135 North Broad St., Woodbury, NJ 08096 |
| tr | | EDI: BAFINBERG | May 17 2022 00:28:00 | Andrew Finberg, 525 Route 73 South, Suite 200, Marlton, NJ 08053 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519581877 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2022 20:40:20 | Amex, Attn: Correspondence/Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |
| 519581878 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2022 20:40:49 | Amex/Bankruptcy, Attn: Correspondence/Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |

Case 22-13940-JNP    Doc 5    Filed 05/18/22    Entered 05/19/22 00:11:46    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: 309A | Total Noticed: 74 |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519581880 | + | Email/Text: bankruptcy@pepcoholdings.com | May 16 2022 20:38:00 | Atlantic City Electric, Attn: Bankruptcy Division, 5 Collins Drive Suite 2133, Carneys Point, NJ 08069-3600 |
| 519581893 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 16 2022 20:38:00 | Citizens Bank, Attn: Bankruptcy Dept, One Citizens Dr, Providence, RI 02903 |
| 519581881 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 16 2022 20:38:00 | Caine & Weiner, Attn: Bankruptcy Dept, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 519581882 | + | EDI: CAPITALONE.COM | May 17 2022 00:28:00 | Capital One, Attn: Bankruptcy Dept, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519581883 | + | EDI: CAPITALONE.COM | May 17 2022 00:28:00 | Capital One Bank (USA) N.A., Attn: Bankruptcy Department, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519581884 | + | EDI: CAPITALONE.COM | May 17 2022 00:28:00 | Capital One Bank USA N.A., Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519581885 | + | EDI: CAPITALONE.COM | May 17 2022 00:28:00 | Capital One/Walmart, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519581886 | + | EDI: JPMORGANCHASE | May 17 2022 00:28:00 | Chase Card Services/JC Penneys, Po Box 15369, Wilmington, DE 19850-5369 |
| 519581887 | + | EDI: CITICORP.COM | May 17 2022 00:28:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519581888 | | EDI: CITICORP.COM | May 17 2022 00:28:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519581889 | + | EDI: CITICORP.COM | May 17 2022 00:28:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519581890 | + | EDI: CITICORP.COM | May 17 2022 00:28:00 | Citibank/Best Buy, Attn: Bankruptcy Dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519581891 | + | EDI: CITICORP.COM | May 17 2022 00:28:00 | Citibank/Sears, Attn: Bnakruptcy Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519581892 | + | EDI: CITICORP.COM | May 17 2022 00:28:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519581894 | + | EDI: COMCASTCBLCENT | May 17 2022 00:28:00 | Comcast Cable Communications, LLC, c/o Bankruptcy Department, One Comcast Center, 1701 John F Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 519581895 | | EDI: WFNNB.COM | May 17 2022 00:28:00 | Comenity - Capital Bank / Pier, Attn: Bankruptcy Department, PO Box 18125, Columbus, OH 43218-2125 |
| 519581896 | | EDI: WFNNB.COM | May 17 2022 00:28:00 | Comenity - Piercing Pagoda, Attn: Bankruptcy Department, PO Box 18125, Columbus, OH 43218-2125 |
| 519581897 | | EDI: WFNNB.COM | May 17 2022 00:28:00 | Comenity Bank - Boscovs, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 519581899 | | EDI: WFNNB.COM | May 17 2022 00:28:00 | Comenity Bank / Pier 1 Imports, Attn: Bankrutpcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519581900 | + | EDI: WFNNB.COM | May 17 2022 00:28:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519581902 | + | EDI: WFNNB.COM | May 17 2022 00:28:00 | Comenitybank/New York & Company, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519581909 | + | EDI: CITICORP.COM | May 17 2022 00:28:00 | Macys/fdsb, Attn: Bankruptcy Dept, 9111 Duke |

Case 22-13940-JNP    Doc 5    Filed 05/18/22    Entered 05/19/22 00:11:46    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: May 16, 2022 | Form ID: 309A | Total Noticed: 74 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | Boulevard, Mason, OH 45040 |
| 519581903 | + | EDI: DISCOVER.COM | May 17 2022 00:28:00 | Discover Financial, Attn: Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 519581905 | + | EDI: PHINGENESIS | May 17 2022 00:33:00 | Genesis / Fab - Retail, Attn: Bankruptcy Department, PO Box 4477, Beaverton, OR 97076-4401 |
| 519581906 | + | EDI: PHINGENESIS | May 17 2022 00:33:00 | Genesis Bankcard Services, Attn: Bankruptcy Department, PO Box 4477, Beaverton, OR 97076-4401 |
| 519581907 | + | EDI: PHINGENESIS | May 17 2022 00:33:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy Department, PO Box 4499, Beaverton, OR 97076-4499 |
| 519581908 | + | EDI: CITICORP.COM | May 17 2022 00:28:00 | Macys/DSNB/FDSB, Attn: Bankruptcy Dept, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 519581915 | | EDI: PRA.COM | May 17 2022 00:28:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy Dept, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519581925 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | SYNC/Walmart, Attn: Bankruptcy Dept, PO Box 965024, Orlando, FL 32896-5024 |
| 519581920 | + | EDI: CITICORP.COM | May 17 2022 00:28:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519581921 | + | Email/Text: clientservices@simonsagency.com | May 16 2022 20:39:00 | Simon's Agency, Inc., Attn: Bankruptcy Dept, Po Box 5026, Syracuse, NY 13220-5026 |
| 519581923 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2022 20:38:00 | Specialized Loan Servicing, LLC, Attn: Bankruptcy Dept, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 519581928 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Syncb/Pep Boys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581929 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Syncb/Toys R Us, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581927 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Syncb/jcp, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519581926 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Syncb/jcp, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519581930 | | EDI: RMSC.COM | May 17 2022 00:28:00 | Syncb/walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 519581931 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank / Ashley Furniture, Attn: Bankruptcy Department, PO Box 965064, Orlando, FL 32896-5064 |
| 519581932 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581933 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581934 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/MC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581935 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony/HSN, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581936 | | EDI: TDBANKNORTH.COM | May 17 2022 00:28:00 | TD Bank, 1701 Marlton Pike East Suite 200, Cherry Hill, NJ 08003 |
| 519581937 | | EDI: TDBANKNORTH.COM | May 17 2022 00:28:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519581938 | | EDI: TDBANKNORTH.COM | May 17 2022 00:28:00 | TD Bank, N.A., Attn: Bankruptcy Dept, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: 309A | Total Noticed: 74 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 519581942 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 16 2022 20:38:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 519581943 | + EDI: WFFC.COM | May 17 2022 00:28:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519581944 | + EDI: WFFC.COM | May 17 2022 00:28:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |
| 519581946 | + EDI: WFFC.COM | May 17 2022 00:28:00 | Wffnatbank, Attn: Bankruptcy Dept, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519581918 | ##+ | Raymour & Flanigan, P.O. Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022        Signature:    /s/Gustava Winters