UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:
Uddinalam, Mohammed R.
Sultana, Nasren

Case No.: 22-13940 JNP
Chapter 7
Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED ABANDONMENT

On June 14, 2022, Andrew Finberg, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable JERROLD N. POSLUSNY JR. on July 12, 2022 at 11:00a.m. at the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ, Courtroom no.4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 128 Amon Avenue, Gloucester City, NJ 08030-0000, Camden County | $185,000.00 | $206,505.69 | $0.00 |

Objections must be served on, and requests for additional information directed to:

NAME:           Andrew Finberg, Chapter 7 Trustee

ADDRESS:        525 Route 73 South, Suite 200, Marlton, NJ 08053

TELEPHONE NO:   (856) 988-9055

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 22-13940-JNP

Mohammed R. Uddinalam                                                                   Chapter 7

Nasren Sultana

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                                                  Page 1 of 4

Date Rcvd: Jun 15, 2022             Form ID: pdf905                                     Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mohammed R. Uddinalam, Nasren Sultana, 128 Amon Avenue, Gloucester City, NJ 08030-1824 |
| 519581879 | + | Amex/Bankruptcy Dept, Attn: Correspondence/Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |
| 519581898 | | Comenity Bank / Ikea Visa, Attn: Bankrutpcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519581901 | + | Comenity Bank/TSA/Sports Authority, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519581904 | + | First Electronic Bank/GFSCS Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 519581910 | + | Mitchell Malzberg, Eqq., PO Box 5122, 6 East Main Street, Suite 7, Clinton, NJ 08809-2627 |
| 519581912 | + | Mitchell Malzberg, Eqq., Re: CAM L 001873-19, PO Box 5122, 6 East Main Street, Suite 7, Clinton, NJ 08809-2627 |
| 519581911 | + | Mitchell Malzberg, Eqq., Re: RAAB Family Partnership, PO Box 5122, 6 East Main Street, Suite 7, Clinton, NJ 08809-2627 |
| 519581914 | + | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 519581913 | + | New Jersey American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 519581916 | + | RAAB Family Partnership, L.P., 201 Harvard Ave., Westville, NJ 08093-1444 |
| 519581917 | + | RAAB Family Partnership, LP, 108 Otter Branch Drive, Magnolia, NJ 08049-1557 |
| 519581919 | + | Saldutti Law Group, Attn: Robert L. Saldutti, Esq., 1040 N Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519581922 | + | South Jersey Gas Company, Attn: Ms Linda DiMarco, 1 South Jersey Plaza, Folsom, NJ 08037-9100 |
| 519581924 | + | Sunrun Inc. (Solar), 717 17th Street, 5th Floor, Denver, CO 80202-3330 |
| 519581939 | + | TDRCS/Raymour & Flanigan, Attn: Bankruptcy Dept, Po Box 130, Liverpool, NY 13088-0130 |
| 519581940 | + | Timepayment Corp, LLC., Attn: Bankruptcy Dept, 200 Summit Drive, Suite 100, Burlington, MA 01803-5274 |
| 519581941 | + | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 259001, Plano, TX 75025-9001 |
| 519581943 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519581944 | + | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |
| 519581945 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy Dept, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 519581946 | + | Wffnatbank, Attn: Bankruptcy Dept, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519581877 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 20:44:35 | Amex, Attn: Correspondence/Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |
| 519581878 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 20:44:29 | Amex/Bankruptcy, Attn: Correspondence/Bankruptcy Dept, Po Box 981540, El Paso, TX 79998-1540 |
| 519581880 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 15 2022 20:40:00 | Atlantic City Electric, Attn: Bankruptcy Division, 5 Collins Drive Suite 2133, Carneys Point, NJ 08069-3600 |
| 519581893 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 15 2022 20:39:00 | Citizens Bank, Attn: Bankruptcy Dept, One Citizens Dr, Providence, RI 02903 |
| 519581881 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 15 2022 20:40:00 | Caine & Weiner, Attn: Bankruptcy Dept, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 519581882 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 20:44:33 | Capital One, Attn: Bankruptcy Dept, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519581883 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 20:44:26 | Capital One Bank (USA) N.A., Attn: Bankruptcy Department, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519581884 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 20:44:33 | Capital One Bank USA N.A., Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519581885 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 20:44:33 | Capital One/Walmart, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519581886 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 20:44:26 | Chase Card Services/JC Penneys, Po Box 15369, Wilmington, DE 19850-5369 |
| 519581887 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:37 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519581888 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:37 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519581889 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:37 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519581890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:30 | Citibank/Best Buy, Attn: Bankruptcy Dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519581891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:37 | Citibank/Sears, Attn: Bnakruptcy Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519581892 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:30 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519581894 | + | Email/Text: documentfiling@lciinc.com | Jun 15 2022 20:39:00 | Comcast Cable Communications, LLC, c/o Bankruptcy Department, One Comcast Center, 1701 John F Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 519581895 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 20:40:00 | Comenity - Capital Bank / Pier, Attn: Bankruptcy Department, PO Box 18125, Columbus, OH 43218-2125 |
| 519581896 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 20:40:00 | Comenity - Piercing Pagoda, Attn: Bankruptcy Department, PO Box 18125, Columbus, OH 43218-2125 |
| 519581897 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 20:40:00 | Comenity Bank - Boscovs, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 519581899 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 20:40:00 | Comenity Bank / Pier 1 Imports, Attn: Bankrutpcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519581900 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 20:40:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519581902 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 20:40:00 | Comenitybank/New York & Company, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519581909 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:44 | Macys/fdsb, Attn: Bankruptcy Dept, 9111 Duke Boulevard, Mason, OH 45040 |
| 519581903 | + | Email/Text: mrdiscen@discover.com | Jun 15 2022 20:39:00 | Discover Financial, Attn: Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 519581905 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

Case 22-13940-JNP    Doc 10    Filed 06/17/22    Entered 06/18/22 00:12:10    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 15, 2022 | Form ID: pdf905 | Total Noticed: 73 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 15 2022 20:40:00 | Genesis / Fab - Retail, Attn: Bankruptcy Department, PO Box 4477, Beaverton, OR 97076-4401 |
| 519581906 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 15 2022 20:40:00 | Genesis Bankcard Services, Attn: Bankruptcy Department, PO Box 4477, Beaverton, OR 97076-4401 |
| 519581907 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 15 2022 20:40:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy Department, PO Box 4499, Beaverton, OR 97076-4499 |
| 519581908 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:30 | Macys/DSNB/FDSB, Attn: Bankruptcy Dept, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 519581915 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 20:44:35 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy Dept, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519581925 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:27 | SYNC/Walmart, Attn: Bankruptcy Dept, PO Box 965024, Orlando, FL 32896-5024 |
| 519581920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 20:44:30 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519581921 | + | Email/Text: clientservices@simonsagency.com | Jun 15 2022 20:40:00 | Simon's Agency, Inc., Attn: Bankruptcy Dept, Po Box 5026, Syracuse, NY 13220-5026 |
| 519581923 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 15 2022 20:40:00 | Specialized Loan Servicing, LLC, Attn: Bankruptcy Dept, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 519581928 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:41 | Syncb/Pep Boys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581929 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:35 | Syncb/Toys R Us, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581927 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:35 | Syncb/jcp, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519581926 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:41 | Syncb/jcp, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519581930 | | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:41 | Syncb/walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 519582079 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519581931 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:34 | Synchrony Bank / Ashley Furniture, Attn: Bankruptcy Department, PO Box 965064, Orlando, FL 32896-5064 |
| 519581932 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:27 | Synchrony Bank/JCPenney, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581933 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:34 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581934 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:27 | Synchrony Bank/MC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581935 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 20:44:41 | Synchrony/HSN, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519581936 | | Email/Text: bankruptcy@td.com | Jun 15 2022 20:40:00 | TD Bank, 1701 Marlton Pike East Suite 200, Cherry Hill, NJ 08003 |
| 519581937 | | Email/Text: bankruptcy@td.com | Jun 15 2022 20:40:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519581938 | | Email/Text: bankruptcy@td.com | Jun 15 2022 20:40:00 | TD Bank, N.A., Attn: Bankruptcy Dept, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519581942 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |

|  |  | Jun 15 2022 20:40:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519581918 | ##+ | Raymour & Flanigan, P.O. Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| S. Daniel Hutchison | on behalf of Joint Debtor Nasren Sultana sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| S. Daniel Hutchison | on behalf of Debtor Mohammed R. Uddinalam sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6