Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–13940–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mohammed R. Uddinalam   Nasren Sultana
128 Amon Avenue   128 Amon Avenue
Gloucester City, NJ 08030   Gloucester City, NJ 08030

Social Security No.:
xxx–xx–5291   xxx–xx–8475

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I _Elizabeth Grassia_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

128 Amon Avenue, Gloucester City, NJ 08030–0000, Camden County

Dated: July 6, 2022
JAN: eag

Jeanne Naughton
Clerk