Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22–13940–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mohammed R. Uddinalam
128 Amon Avenue
Gloucester City, NJ 08030

Nasren Sultana
128 Amon Avenue
Gloucester City, NJ 08030

Social Security No.:
xxx–xx–5291                                     xxx–xx–8475

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 22, 2022</u>

<u>Jerrold N. Poslusny Jr.</u>
Judge, United States Bankruptcy Court